Case: 1:11-cv-04713 Document #: 52-2 Filed: 09/16/11 Page 1 of 1 PageID #:394



**SERVICES**  **PROGRAMS**  **PRESS**  **PUBLICATIONS**  **DEPARTMENTS**  **CONTACT**

## LLC FILE DETAIL REPORT

| | | | |
|---|---|---|---|
| **Entity Name** | MAVEN U.S. LLC | **File Number** | 03397211 |
| **Status** | ACTIVE | **On** | 10/25/2010 |
| **Entity Type** | LLC | **Type of LLC** | Domestic |
| **File Date** | 10/25/2010 | **Jurisdiction** | IL |
| **Agent Name** | LEAH BYTHEWAY | **Agent Change Date** | 10/25/2010 |
| **Agent Street Address** | 2380 ESPLANADE DR STE 203 | **Principal Office** | 2380 ESPLANADE DRIVE, STE. 203<br>ALGONQUIN, IL 601020000 |
| **Agent City** | ALGONQUIN | **Management Type** | MGR  **View** |
| **Agent Zip** | 60102 | **Duration** | PERPETUAL |
| **Annual Report Filing Date** | 00/00/0000 | **For Year** | |
| **Series Name** | NOT AUTHORIZED TO ESTABLISH SERIES | | |

**Return to the Search Screen**        **Purchase Certificate of Good Standing**
**(One Certificate per Transaction)**

**BACK TO CYBERDRIVEILLINOIS.COM HOME PAGE**

**Exhibit**
B